## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ASHLEY N. O'CONNELL,<br><br>　　　　　Defendant. | **4:20CR3077**<br><br><br>**ORDER** |

Defendant has moved for new counsel because Defendant is not satisfied with counsel's representation. (Filing No. 43). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defendant's motion for new counsel, (Filing No. 43), is granted. **Korey L. Reiman** is hereby withdrawn as counsel for defendant.

2) The clerk shall delete **Korey L. Reiman** from any future ECF notifications herein.

3) The clerk shall forward this memorandum and order to the Federal Public Defender. **An "A" Panel lawyer is requested.**

4) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. .

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

August 19, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge